UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SKYLER C. CROWDER,<br><br>　　　　　　　　Defendant. | NO: 2:18-CR-0014-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |

BEFORE THE COURT is Defendant's Unopposed Motion to Travel. ECF No. 22. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

On March 29, 2018, Defendant appeared before this Court and pleaded guilty to one count of being a Felon in Possession of a Firearm. At the hearing, the Court accepted Defendant's plea and scheduled a sentencing for June 27, 2018. At the conclusion of the hearing, the Court continued Defendant's release under the same conditions previously imposed by Magistrate Judge John T. Rodgers, which conditions include a requirement for Defendant to remain in the Eastern District of

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 1

Washington unless given advance permission by the Court to travel outside the district. *See* ECF No. 12. Defendant now seeks the Court's permission to travel outside the district, specifically he requests to travel to Montana to assist his mother-in-law in moving to a new house. In support of his request, Defendant states that neither the United States Attorney's Office nor the United States Probation Office oppose the motion. Further, the Court has been advised by the United States Probation Office that Defendant has been in complete compliance with pretrial release terms and conditions during the pendency of this matter. Accordingly, for good cause shown, Defendant's motion is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Travel (ECF No. 22) is **GRANTED.**

2. Defendant is permitted to travel between the Eastern District of Washington and Sidney, Montana, to assist his mother-in-law with her move into a new house.

3. Defendant shall notify his probation officer of his specific travel plans before leaving the district and shall contact the United States Probation Office immediately upon his return to the Eastern District of Washington.

4. All other terms and conditions of Defendant's pre-trial supervision remain in effect.

5. Defendant's sentencing hearing scheduled for June 27, 2018, in Spokane Courtroom 902, remains set.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

DATED April 24, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 3